# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANGEL ONTIVEROS-TORRES,<br><br>　　　　Defendant. | Case No. 5:25-mj-00029-CDB<br><br>ORDER RESCINDING CONDITIONS OF RELEASE AND NOTING TERMINATION OF ACTION<br><br>(Doc. 8) |

　　　　Defendant Jose Angel Ontiveros-Torres was arrested in this district on May 1, 2025, on a warrant issued in the District of Arizona dated January 5, 2005, following the government's filing there of a petition alleging that Defendant violated the terms of his supervised release. (Doc. 1). On May 2, 2025, Defendant made his initial appearance in this Court and a detention hearing was continued to May 6, 2025. (Doc. 3). At that continued detention hearing, following argument by the parties, Defendant was ordered released on conditions, including implementation of location monitoring. (Doc. 6). Because the Court had questions about the U.S. Probation Office's ability to effect location monitoring, the Court ordered Defendant temporarily detained for 48 hours and directed the parties and the U.S. Probation Office to coordinate the availability of location monitoring equipment.

On May 8, 2025, the parties reconvened for further proceedings and the U.S. Probation Office confirmed its readiness to implement location monitoring. (Doc. 7). Accordingly, terms of supervision were recited on the record and Defendant was ordered released, to appear at the U.S. Probation Office, Fresno, CA, the first business day following release for implementation of location monitoring. (Doc. 8).

On May 9, 2025, the District of Arizona dismissed the underlying petition on which Defendant was arrested for alleged violations of Supervised release. *See* (Exhibit A, attached hereto).

**Conclusion and Order**

Accordingly, the undersigned HEREBY RESCINDS the release conditions previously imposed and confirms, as the underlying action in the District of Arizona has been dismissed, that Defendant is under no obligation to appear in the U.S. Probation Office, Fresno, CA, as previously ordered, or to submit to any conditions of release previously imposed in this Court.

IT IS SO ORDERED.

Dated:   **May 9, 2025**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jose Angel Ontiveros-Torres,<br><br>　　　　　Defendant. | No. MJ-03-01397-001-PHX-JRI<br><br>**ORDER** |

This Court has been advised that initial Rule 5 proceedings regarding a 2004 petition to revoke supervised release (doc. 18) in this misdemeanor matter have commenced in the Eastern District of California (5:25-MJ-29), It appears this Court quashed the warrant in 2005 (doc. 20) but there is no record regarding the petition. Based on the passage of time, the Court will dismiss the petition (doc. 18) in the interest of justice. It appears the petition was filed 20 days prior to the expiration of Defendant's term of supervised release. The Court will also clarify that any term of supervised release in this matter is terminated.

**IT IS ORDERED** dismissing the petition (doc. 18) in this matter and terminating any remaining term of supervised release.

No excludable delay shall occur from the entry of this Order.

Dated this 9th day of May, 2025.

　　　　　　　　　　　　　　　　　　　Honorable John Z. Boyle
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge